No. 5,067.—STATE OF MONTANA, PLAINTIFF AND RESPOND-
ENT, *v.* JOHN EIA ET AL., DEFENDANTS AND APPEL-
LANTS.

*Appeal from District Court, Missoula County; Theo. Lentz,
Judge.*

Decided November 15, 1922.

PER CURIAM.—On motion of appellants, the appeal in the
above-entitled cause is dismissed as settled.

*Mr. D. J. Heyfron* and *Messrs. Mulroney & Mulroney,* for
Appellants.

---

No. 4,954.—C. W. BUNTIN, ADMINISTRATOR, PLAINTIFF AND
RESPONDENT, *v.* CHICAGO, MILWAUKEE & ST. PAUL
RY. CO., DEFENDANT AND APPELLANT.

*Appeal from District Court, Fergus County; Jack Briscoe,
Judge.*

Decided November 15, 1922.

PER CURIAM.—The appeal in the above-entitled cause is
dismissed as settled.

*Mr. Chas. J. Marshall,* for Appellant.

*Mr. B. K. Wheeler* and *Messrs. Cheadle & Cheadle,* for Re-
spondent.